IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| MARLO DICKSON, | ) ) ) | |
| Plaintiff, | ) ) ) ) | |
| v. | ) ) | No. 20-cv-2814 |
| NPSG GLOBAL LLC, et al., | ) ) ) | |
| Defendants. | ) ) | |

**ORDER DENYING RENEWED MOTION TO ENFORCE SETTLEMENT**

Before the Court is Plaintiff Marlo Dickson's March 7, 2023 Renewed Motion to Enforce Settlement. (ECF No. 130.) There has been no material change since Plaintiff's previous Motion to Enforce Settlement, filed on February 11, 2023, and denied on February 27, 2023. (ECF Nos. 126, 129.) Plaintiff's Renewed Motion is not well taken. It is DENIED.

SO ORDERED this 8th day of March, 2023.

/s/ *Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE