# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MARLO DICKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:20-cv-02814-SHM-tmp |
| | ) |
| NPSG GLOBAL, LLC, and | ) |
| AMAZON.COM SERVICES, LLC, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Before the Court is the parties' March 27, 2023 stipulation of dismissal with prejudice (D.E. 134). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED WITH PREJUDICE. All parties shall bear their own costs and fees.

IT IS SO ORDERED this 27th day of March, 2023.

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE